UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTOINETTE BUGGS,

    Plaintiff,

Case No.: 20-cv-10218
Hon. Nancy G. Edmunds

vs.

FCA US LLC, a Delaware Limited Liability
Company, and DONNA LANGFORD REED,
an individual,

    Defendants.

---

## STIPULATED ORDER DISMISSING DEFENDANT DONNA LANGFORD REED

The Parties, Plaintiff Antoinette Buggs and Defendants FCA US LLC and Donna Langford Reed, through their respective attorneys, stipulate to dismiss Defendant Donna Langford Reed only with prejudice and without costs to either party.

Based upon the stipulation of the Parties, and with the Court being duly advised:

**IT IS HEREBY ORDERED** that claims against Defendant Donna Langford Reed only are dismissed in their entirety with prejudice and without costs to either party.

**IT IS SO ORDERED.**

                              s/ Nancy G. Edmunds
                              Nancy G. Edmunds
                              UNITED STATES DISTRICT JUDGE

Dated: July 12, 2021

Approved as to form and content:

| ERNST CHARARA & LOVELL, PLC | NEMETH LAW, P.C. |
|---|---|
| */s/ Stephen M. Lovell* | */s/ Terry W. Bonnette* (w/permission) |
| STEPHEN M. LOVELL (P80921) | TERRY W. BONNETTE (P67692) |
| Ernst Charara & Lovell, PLC | Nemeth Law, P.C. |
| Attorney for Plaintiff | Attorneys for Defendant |
| 645 Griswold Street, Suite 4100 | Donna Langford Reed |
| Detroit, MI 48226 | 200 Talon Centre Drive, Suite 200 |
| T: (313) 965-5555 | Detroit, MI 48207 |
| stephen@ecllawfirm.com | T: (313) 567-5921 |
| | tbonnette@nemethlawpc.com |

                              */s/ S. Rae Gross* (w/permission)
                              SHARON RAE GROSS (P42514)
                              Ogletree, Deakins, Nash,
                              Smoak & Stewart, PLLC
                              Attorneys for Defendant FCA US LLC
                              34977 Woodward Avenue, Suite 300
                              Birmingham, MI 48009
                              P: (248) 593-6400
                              F: (248) 283-2925
                              rae.gross@ogletree.com

Dated: July 9, 2021